~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | HONORABLE MARIA ELENA JAMES<br>U.S. MAGISTRATE JUDGE | RE: | LEE, WILSON |
| FROM: | CLAUDETTE M. SILVERA, CHIEF<br>U.S. PRETRIAL SERVICES OFFICER | DOCKET NO.: | CR05-00750 SI |

DATE: January 7, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

TAIFA M. GASKINS, USPSO           (510) 637-3756
NAME                              TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __B__ on __1-24-08__ at __10:00__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____  Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:
_____
_____

_____     __1-16-08__
JUDICIAL OFFICER                      DATE
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Cover sheet (12/3/02)